497 So.2d 717 (1986)
John SOLIDAY and Barbara Soliday, His Wife, Petitioners,
v.
STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., a Foreign Corp., Respondent.
No. 86-1721.
District Court of Appeal of Florida, Third District.
November 12, 1986.
Michael R. Friend, for petitioners.
James K. Clark, for respondent.
Before BARKDULL, HUBBART and FERGUSON, JJ.
PER CURIAM.
A person with underinsured motorist coverage is not obligated to first bring an action against the tort-feasor before resolving *718 a claim against his own carrier.[1]United States Fidelity & Guaranty v. State Farm Mutual Automobile Insurance Co., 369 So.2d 410 (Fla. 3d DCA 1979); Arretta v. Volkswagon Insurance Co., 343 So.2d 918 (Fla. 3d DCA 1977).
Certiorari is granted. The order of dismissal is quashed and the cause is remanded for further proceedings.
NOTES
[1] Respondent has confessed error.